# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINNY RENE BURNS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-01534-SAB<br><br>ORDER VACATING ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND SCHEDULING ORDER AND RECALLING SUMMONS ISSUED NOVEMBER 12, 2019<br><br>(ECF Nos. 3, 4, 5) |

Plaintiff Ginny Rene Burns, proceeding *pro se* in this action, filed a complaint on October 29, 2019, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.) On November 12, 2019, an order issued granting Plaintiff's application to proceed *in forma pauperis* and inadvertently ordered that the summons in the action should issue. The Court shall therefore vacate the November 12, 2019 order and reissue an order addressing Plaintiff's application to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that:

1. The November 12, 2019 Order Granting Application to Proceed *In Forma Pauperis* and Scheduling Order are VACATED; and

2. The summons issued on November 12, 2019 are RECALLED.

IT IS SO ORDERED.

Dated: __**November 13, 2019**__

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1