UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINNY RENE BURNS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 1:19-cv-01534-DAD-SAB (SS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSING THIS ACTION<br><br>(Doc. No. 9) |

　　　　Plaintiff Ginny Rene Burns, proceeding pro se and *in forma pauperis*, filed his complaint in this action on October 29, 2019.  (Doc. No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 15, 2019, the assigned magistrate judge issued an order in which it was concluded that plaintiff had failed to state a cognizable claim for a violation of her federal rights and granting plaintiff leave to file an amended complaint.  (Doc. No. 8.)  The order contained notice that any amended complaint plaintiff might elect to file was due within thirty (30) days from the date of service and warned plaintiff that her failure to file an amended complaint would result in a recommendation that this action be dismissed.  (*Id.* at 6–7.)  Plaintiff has yet to file an amended complaint and the time to do so under the November 15, 2019 order has long since passed.

On December 20, 2019, the magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to state a cognizable claim, failure to prosecute, and failure to obey a court order. (Doc. No. 9.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 9.) No objections have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on December 20, 2019, (Doc. No. 9), are adopted in full;
2. This action is dismissed due to plaintiff's failure to state a cognizable claim, failure to comply with a court order, and failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 18, 2020**

                                                   UNITED STATES DISTRICT JUDGE